Ryder et al. V. Wells Fargo Bank
Case No. 1:19-cv-638 S.D Ohio



RE: Sharean Dumas
1994 Elston Street
Philadelphia Pa 19138
Shesgotit101@gmail.com
(215)730-7357

Settlement Counter Offer

This letter is my formal objection to the settlement amount. I believe the amount is not consistent with the damages I have encountered over the years. Not only was I financially impacted, causing me to pay additional penalties, fees due to negligence of your client, I had incorrect information published to my credit report. I wish to be compensated the $1000 per month for each month I had to carry the error on my t my Equifax, Experian, Transunion, Lexis Nexis and Core logic consumer reports.

I experienced several losses of credit opportunities due to applications that would not have been denied had your client not be negligent. In some way I believe the publishing of the information is a form of defamation and violated several Fair Credit Reporting Acts.

I'm no expert on the exact amount due but it is much more than $1000 you are offering. This has impacted my life for years. Each year this error was not noticed, I have had financial limitations due to the blemishes placed on my credit profiles. This error is not to be taken lightly. I can't get my time back or the financial progress and credit worthiness I would have been able to achieve if this error was not overlooked and the negative information was not reported to the credit reporting agencies.

I can only imagine the financial success I would have been able to achieve, had my credit not had derogatory information published. I would have been able to take advantage of business and personal loans. Rather than provide an itemized list of all of my denials and amounts for the years of your error, I wish to be compensated an additional $75,000. I believe this amount to be fair and an elimination of tedious paperwork and labor required to itemize everything. The amount is also much lower than what would be paid if I were to file my request with the Consumer Financial Protection Bureau.

Please send your payment via certified mail, to the mailing address above by December 15th . If you wish to make a counter settlement, please do so by December 7th. It is my wish to resolve this in a timely manner. Please reach out to me with any questions you may have.

Respectfully

Sharean Dumas

S. Dumas
994 Elston St
Phila PA 19138

Office of Clerk
United States District Court
Southern District of Ohio
Potter Stewart U.S Courthouse
Room 103
100 East fifth St
Cincinnati Ohio 45202

45202-397699

CERTIFIED MAIL

PHILADELPHIA PA 190
29 NOV 2021 PM 9 L

7020 1810 0001 5691 0931

CPU



7020 1810 0001 5491 0930

PLACE STICKER AT TOP OF ENVELOPE, TO THE RIGHT

U.S. POSTAGE
$4.33
FCML      0000
Orig: 19152   M9
Dest: 45202   02
11/29/21
2000052176
R2304N117887