AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| ETHAN RYDER et al., *on behalf of themselves and all others similarly situated*<br><br>*Plaintiffs*<br>v.<br>WELLS FARGO BANK, N.A.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  1:19-CV-638 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   The Settlement embodied in the Settlement Agreement is approved in all respects and shall be consummated in accordance with its terms and conditions and this case is terminated on the docket of this Court.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Timothy S. Black, U.S. District Court   on a motion for Approval of Class Action Settlement.

Date:   1/25/2022

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk